**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

Ferrel L. Agard

                              **Appellant(s)**

                      -v-

Select Portfolio Servicing, Inc.

                              **Appellee(s)**

-----------------------------------------------------X

           **NOTICE OF DOCKETING**
               **BANKRUPTCY APPEAL**

**U.S.D.C. Case No.: <u>11cv1826(JS)</u>**

**U.S. Bankruptcy Court**
**Case No.: <u>8-10-77338-REG</u>**

       In accordance with Rule 8007(b) of the Bankruptcy Rules, notice is hereby given of the docketing on April 14th, 2011 of an appeal taken in the above-referenced action from an order, judgment or decree of the Bankruptcy Court entered on or after February 22nd, 2011.

       This proceeding has been assigned to the **HONORABLE Arthur D. Seybert**, United States District Judge.  Please indicate the assigned judge and the District Court case number on all papers being submitted to the court.  Filing and service of the briefs and appendix are to be accomplished in accordance with Rule 8009 of the Bankruptcy Rules and/or the Individual Judge's Court Rules.

Dated: Central Islip, NY 11722
      April 14th, 2011

                  ROBERT C. HEINEMANN
                     Clerk of the Court

                  By: _____
                     Jasmine Major, Deputy Clerk