# GEORGE BASSIAS
## ATTORNEY AT LAW

21-83 Steinway Street
Astoria, New York 11105

TEL.: (718) 721-4441
FAX: (718) 721-7981
Email: gbassias@yahoo.com

April 21, 2011

HON. JUDGE JOANNA SEYBERT
FEDERAL COURT
100 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722

RE: AGARD V. MERS
INDEX: 11-CV-01826 JS
BANKRUPTCY #: 10-77338

Dear Judge Seybert:

As Attorney for debtor Ferrel Agard, and counsel Karam Dahiya, we have decided to withdraw our appeal.

Thank you for your courtesy.

Sincerely,

GEORGE BASSIAS

Cc:
Ferrel Agard
866 Leonhard Dr.
Westbury, NY 11590

Karam Dahiya
350 Broadway
NY, NY 10007

Pryor & Mandelup
675 Old Country Road
Westbury, NY 11590

Hisock & Barclay
One park Place
300 South State Street

Syracuse, NY 13202
Steven Baum, Esq.
220 Northpointe parkway, Ste. G
Amherst, NY 14228

Lock Lord Bissell & Liddell, LLP
2200 Ross Ave. Ste. 2200
Dallas, TX 75201

Hon. Robert Grossman
US Bankruptcy Judge
560 Federal Plaza
CI, NY 11722

The office of George Bassias, is a debt relief agency. We help debtor's get relief by filing bankruptcy.