**GEORGE BASSIAS**
ATTORNEY AT LAW

21-83 Steinway Street
Astoria, New York 11105

TEL: (718) 721-4441
FAX: (718) 721-7981
Email: gbassias@yahoo.com

April 21, 2011

HON. JUDGE JOANNA SEYBERT
FEDERAL COURT
100 FEDERAL PLAZA
CENTRAL ISLIP, NY  11722

RE:  AGARD V. MERS
INDEX:  11-CV-01826 JS
BANKRUPTCY #:  10-77338

Dear Judge Seybert:

As Attorney for debtor Ferrel Agard, and counsel Karam Dahiya, we have decided to withdraw our appeal.

Thank you for your courtesy.

Sincerely,

GEORGE BASSIAS

Cc:
Ferrel Agard
866 Leonhard Dr.
Westbury, NY  11590

Karam Dahiya
350 Broadway
NY, NY  10007

Pryor & Mandelup
675 Old Country Road
Westbury, NY  11590

Hisock & Barclay
One park Place
300 South State Street

*Request Granted. The Clerk of the Court is directed to mark this matter as closed. No costs are awarded to any party in connection with this withdrawn appeal.*

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: April 27, 2011
Central Islip, NY