**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
FERREL L. AGARD,

                        Appellant,                        E.D. Bankr. Case 8-10-11338(REG)

                                                            **JUDGMENT**
         -against-                                 CV-11-1826 (JS)

SELECT PORTFOLIO SERVICING, INC. and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.,

                        Appellee.
----------------------------------------------------------------X
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.,

                        Appellant,                        CV-11-2366 (JS)

         -against-

FERREL L. AGARD, ROBERT L. PRYOR,
U.S. TRUSTEE, SELECT PORTFOLIO
SERVICING, INC.,

                        Appellee.
----------------------------------------------------------------X

      A Memorandum and Order of Honorable Joanna Seybert, United States District Judge,

having been filed on  March 28, 2012, granting the appeal of Mortgage Electronic Registration

Systems, Inc., vacating the portion of Bankruptcy Judge Robert E. Grossman's opinions

addressing the hypothetical question of whether Select Portfolio Servicing, Inc./ U.S. Bank

National Association would have had standing absent the Judgment of Foreclosure, and directing

the Clerk of Court to mark both actions in this consolidated appeal closed, it is

      **ORDERED AND ADJUDGED** that the appeal of Mortgage Electronic Registration

Systems, Inc. Is granted; that the portion of Bankruptcy Judge Robert E. Grossman's opinions

addressing the hypothetical question of whether Select Portfolio Servicing, Inc./ U.S. Bank

1

National Association would have had standing absent the Judgment of Foreclosure is vacated;

and that this consolidated appeal is closed.


Dated:  Central Islip, New York
        March 29, 2012


                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT

                              By:    /s/ Catherine Vukovich
                                     Deputy Clerk