**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
FERREL L. AGARD,

                      Appellant,                  E.D. Bankr. Case 8-10-77338(REG)

                                                   **AMENDED JUDGMENT**
        -against-                                       CV-11-1826 (JS)

SELECT PORTFOLIO SERVICING, INC. and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.,

                      Appellee.
----------------------------------------------------------------X
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.,

                      Appellant,                  CV-11-2366 (JS)


        -against-


FERREL L. AGARD, ROBERT L. PRYOR,
U.S. TRUSTEE, SELECT PORTFOLIO
SERVICING, INC.,

                      Appellee.
----------------------------------------------------------------X

      A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on March 28, 2012, granting the appeal of Mortgage Electronic Registration Systems, Inc., vacating the portion of Bankruptcy Judge Robert E. Grossman's opinions addressing the hypothetical question of whether Select Portfolio Servicing, Inc./ U.S. Bank National Association would have had standing absent the Judgment of Foreclosure, and directing the Clerk of Court to mark both actions in this consolidated appeal closed, it is

      **ORDERED AND ADJUDGED** that the appeal of Mortgage Electronic Registration Systems, Inc. is granted; that the portion of Bankruptcy Judge Robert E. Grossman's opinions addressing the hypothetical question of whether Select Portfolio Servicing, Inc./ U.S. Bank

National Association would have had standing absent the Judgment of Foreclosure is vacated; and that this consolidated appeal is closed.

Dated: Central Islip, New York
      April 4, 2012

                                              DOUGLAS C. PALMER
                                              CLERK OF THE COURT

                              By:    /s/ Catherine Vukovich
                                      Deputy Clerk